Brian S. King, #4610
Brent Newton, #6950
Nediha Hadzikadunic, #15851
**BRIAN S. KING, P.C.**
420 E. South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
nediha@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT H., and M.H., <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH and LIFE INSURANCE COMPANY, <br><br> Defendant. | NOTICE OF SETTLEMENT <br><br> Civil No. 2:18-cv-00918 DB <br><br> Judge Dee Benson |

Plaintiffs, through their undersigned counsel, hereby notify the Court that they have reached a confidential settlement agreement with the Defendant. Plaintiffs anticipate filing a Motion to Dismiss within sixty (60) days of the date of this Notice.

Dated this 16th day of January, 2020.

/s/ Brian S. King
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Settlement has been sent to all parties registered to receive Court notices via the Court's CM/ECF system.

Dated this 16th day of January, 2020.

/s/ Brian S. King